# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ismael Aldana ) | Case No: DNCW106CR000167-001 |
| a/k/a Luis Ismael Garcia ) | USM No: 14103-196 |
| Date of Original Judgment: February 23, 2009 ) | |
| Date of Last Amended Judgment: August 3, 2010 ) | Frank Abrams |
| | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Original Offense Level: 27                 Amended Offense Level: 27
Criminal History Category: III             Criminal History Category: III
Original Guideline Range: 87 to 108 months  Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
 Defendant's guideline range and sentence were based upon aa quantity of <u>powder</u> cocaine attributable to Defendant.  As such, Amendment 750 is not applicable to this case.

■ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  February 23, 2009,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 3, 2012

Martin Reidinger
United States District Judge

Effective Date: _____
             (if different from order date)